Fill in this information to identify the case:

United States Bankruptcy Court for the:

**District of South Carolina**

Case number (*If known*): _____ Chapter _____ 11

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | Maverick Restaurant Group, LLC |

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   93-4642627

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 233 North Main Street | 3620 Pelham Road |
| Number        Street | Number        Street |
| Suite 7 | Unit 5 - PMB 15 |
| | P.O. Box |
| Greenville        SC    29601 | Greenville        SC    29615 |
| City                        State    ZIP Code | City                        State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Greenville County | |
| County | |
| | Number        Street |
| | |
| | City                        State    ZIP Code |

5. **Debtor's website** (URL)

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding  LLP)
   ☐ Other. Specify: _____

| Debtor | Maverick Restaurant Group, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

72251

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                 MM / DD / YYYY

       District _____ When _____ Case number _____
                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor  Matadoor Restaurant Group, LLC    Relationship _____

District  United States Bankruptcy Court South (    When _____
                                           MM / DD / YYYY

Case number, if known _____

| Debtor | Maverick Restaurant Group, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____
City                                    State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | Maverick Restaurant Group, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/15/2025
MM / DD / YYYY

✖ /s/ Argus Wiley
Signature of authorized representative of debtor

Argus Wiley
Printed name

Title  Manager

**18. Signature of attorney**

✖ /s/ Christine E. Brimm
Signature of attorney for debtor

Date  07/15/2025
MM / DD / YYYY

Christine E. Brimm
Printed name

Barton Brimm, PA
Firm name

P.O. Box 14805
Number      Street

Myrtle Beach
City

SC
State

29587
ZIP Code

8032566582
Contact phone

cbrimm@bartonbrimm.com
Email address

SC 6569 / FED 6313
Bar number

SC
State

| Debtor | Maverick Restaurant Group, LLC | | Case number *(if known)*_____ |
|---|---|---|---|
| | First Name | Middle Name      Last Name | |

### Continuation Sheet for Official Form 201

**10) Pending Bankruptcies**

Red Door Pizza, LLC     United States
                        Bankruptcy Court
                        South Carolina

Red Door Sandwich,      United States
LLC                     Bankruptcy Court
                        South Carolina

**Fill in this information to identify the case:**

Debtor name ___Maverick Restaurant Group, LLC_____

United States Bankruptcy Court for the: _District of South Carolina_____

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  ARG Resources, LLC 3 Glenlake Parkway NE Atlanta, GA, 30328 | | | | | | 39,316.83 |
| 2  AFA Service Corporation 3 Glenlake Parkway NE Atlanta, GA, 30328 | | | | | | 37,650.28 |
| 3  Dignitas Vertical, LLC 117 Edgewood Avenue Colonia, NJ, 07067 | | | | | | 31,497.08 |
| 4  Rocket Enterprises P.O. Box 310 Baxley, GA, 31515 | | | | | | 15,900.31 |
| 5  Georgia Power 96 Annex Atlanta, GA, 30396-0001 | | | | | | 12,118.59 |
| 6  Central Georgia Refrigeration 4800 Raley Road Macon, GA, 31206 | | | | | | 12,082.36 |
| 7  Jeff Davis County Tax Commissioner 14 Jeff Davis Street #104 Hazlehurst, GA, 31539 | | | | | | 10,558.61 |
| 8  Xenial, Inc. P.O. Box 930157 Atlanta, GA, 31193-0157 | | | | | | 9,924.00 |

Debtor  Maverick Restaurant Group, LLC
_____
Name

Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Terrell's Refrigeration, Heating & AC 5300 Highway 144 West Glennville, GA, 30427 | | | | | | 6,692.00 |
| 10 | Bezac 3721 Mahoning Avenue Youngstown, OH, 44515 | | | | | | 3,000.44 |
| 11 | NUCO2 P.O. Box 417902 Boston, MA, 02241-7902 | | | | | | 2,707.24 |
| 12 | Copper Advisors 777 Lowndes Hill Road Greenville, SC, 29607 | | | | | | 2,610.00 |
| 13 | City of Jesup 152 East Cherry Street Jesup, GA, 31598-0427 | | | | | | 1,828.08 |
| 14 | Flowers Bakeries Sales of Georgia, LLC P.O. Box 748825 Atlanta, GA, 30384 | | | | | | 1,476.00 |
| 15 | Taylor Freezer Sales of Georgia P.O. Box 2130 Cumming, GA, 30028-2130 | | | | | | 1,463.86 |
| 16 | EPC,Inc. 1290 Arrowhead Court Crown Point, IN, 46307 | | | | | | 1,365.33 |
| 17 | Appling County Tax Commission 69 Tippins Street, Suite 201 Baxley, GA, 31513 | | | | | | 1,219.66 |
| 18 | Coca-Cola North America P.O. Box 101086 Atlanta, GA, 30392-1086 | | | | | | 1,148.53 |
| 19 | Fall Line Gaskets, Inc. P.O. Box 26965 Macon, GA, 31221 | | | | | | 1,138.25 |
| 20 | Robert Wiggins, Jr. P.O. Box 310 Baxley, GA, 31515 | | | | | | 1,000.00 |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Maverick Restaurant Group, LLC, | ) | Case # 25-_____ |
| | ) | |
| _____Debtor. | ) | Chapter 11 |

### CORPORATE OWNERSHIP STATEMENT

Pursuant to Fed. R. Bankr. P. 7001.1, Maverick Restaurant Group, LLC, discloses that Red Door Brands, LLC owns 100% of the corporation's equity interests, and that such entity is in turn owned 100% by Argus Wiley.

Dated:July 14, 2025

MAVERICK RESTAURANT GROUP, LLC

By:_____

Argus Wiley, Manager

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

IN RE:                                      )
                                            )
Maverick Restaurant Group, LLC,             )        Case # 25-_____
                                            )
_____ Debtor.  )        Chapter 11

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Argus Wiley, declare under penalty of perjury that I am the Manager of Maverick
Restaurant Group, LLC, and I am the sole member of its parent company, Red Door Brands, LLC,
and that the following resolutions have been adopted by the Sole Member of said Company by
unanimous consent in lieu of a meeting on the 14th day of July, 2025.

Be It Therefore Resolved, that Argus Wiley, Manager of this limited liability company,
is authorized and directed to execute and deliver all documents necessary to perfect the filing of a
chapter 11 voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that Argus Wiley, Manager of this limited liability company is
authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to
otherwise do and perform all acts and deeds and to execute and deliver all necessary documents
on behalf of the company in connection with such bankruptcy case; and

Be It Further Resolved, that Argus Wiley, Manager of this limited liability company, is
authorized and directed to employ Christine E. Brimm, attorney and the law firm of Barton Brimm,
PA to represent the company in such bankruptcy case.

Dated: July 14, 2025                    MAVERICK RESTAURANT GROUP, LLC

                                        By: _____
                                        Red Door Brands, LLC, its Sole Member
                                        By: Argus Wiley, Sole Member of Red Door
                                        Brands, LLC

Acumera Rigel
3307 Northland Drive
Suite 500
Austin, TX 78731

AFA Service Corporation
3 Glenlake Parkway NE
Atlanta, GA 30328

Alma Telephone Company, Inc.
405 West 11th Street
Alma, GA 31510-0927

American Express
P.O. Box 96001
Los Angeles, CA 90096-8000

APEX Funding Silver, LLC
2875 NE 191st
Miami, FL 33180

Apex MCA Holdings
2875 NE 191st
Aventura, FL 33180

Appling County Tax Commission
69 Tippins Street, Suite 201
Baxley, GA 31513

ARG Resources, LLC
3 Glenlake Parkway NE
Atlanta, GA 30328

Auto Owners Insurance
P.O. Box 740312
Cincinnati, OH 45274-0312

Bezac
3721 Mahoning Avenue
Youngstown, OH 44515

Bridgefield Casualty Insurance
P.O. Box 32034
Lakeland, FL 33802-2034

Brown & Brown Insurance
P.O. Box 745961
Atlanta, GA 30374-5961

Central Georgia Refrigeration
4800 Raley Road
Macon, GA 31206

Cintas Corporation No. 2
P.O. Box 636525
Cincinnati, OH 45263-6525

City of Baxley
282 E. Parker Street
Baxley, GA 31513

City of Hazlehurst
P.O. Box 519
Hazlehurst, GA 31539

City of Jesup
152 East Cherry Street
Jesup, GA 31598-0427

Coca-Cola North America
P.O. Box 101086
Atlanta, GA 30392-1086

Colorado Department of Labor and Employment
633 17th Street, Suite 201
Denver, CO 80202

Comcast Business
P.O. Box 71211
Charlotte, NC 28272-1211

Copper Advisors
777 Lowndes Hill Road
Greenville, SC 29607

Credit Line Capital Group
124 Grove Avenue, Suite 194
Cedarhurst, NY 11516

Dignitas Vertical, LLC
117 Edgewood Avenue
Colonia, NJ 07067

Dignitas Vertical, LLC
c/o Ravi Pareek

DoorDash
116 New Montgomery Street
San Francisco, CA 94105

Ecolab Pest Elimination
26252 Network Place
Chicago, IL 60673-1262

Elite Funding dba New Capital Solutions
500 W. Putnam Avenue, Suite 400
Greenwich, CT 06830

EPC,Inc.
1290 Arrowhead Court
Crown Point, IN 46307

Fall Line Gaskets, Inc.
P.O. Box 26965
Macon, GA 31221

Flat Rock
180 Maiden Lane, Suite 1103
New York, NY 10038

Flowers Bakeries Sales of Georgia, LLC
P.O. Box 748825
Atlanta, GA 30384

Freedom Pay , Inc.
2929 Walnut Street, 14th Floor
Philadelphia, PA 19104

Funderzgroup, LLC
dba Link Advance
750 East Main Street, 6th Floor
Stamford, CT 06901

Galt Funding Co.
103 Chester Avenue
Brooklyn, NY 11218

Georgia Department of Revenue
1800 Century Blvd., NE
Suite 12000
Atlanta, GA 30345

Georgia Dept. of Revenue
314 East Main Street, Suite 150
Cartersville, GA 30120

Georgia Dept. of Revenue
735 N. Westover Blvd., Suite A
Albany, GA 31707

Georgia Dept. of Revenue
528 Broad Street SE
Gainesville, GA 30501-3728

Georgia Dept. of Revenue
2595 Century Parkway NE
Suite 339
Atlanta, GA 30345-3173

Georgia Dept. of Revenue
1047 Summit Grove Dirve
Building 100, Suite 101
Watkinsville, GA 30677

Georgia Dept. of Revenue
610 Ronald Reagan Drive
Building G-1
Evans, GA 30809

Georgia Dept. of Revenue
1501 13th Street, Suite A
Columbus, GA 31901

Georgia Dept. of Revenue
1214 N. Peterson Avenue, Suite 1
Douglas, GA 31533

Georgia Dept. of Revenue
6055 Lakeside Commons Drive, Suite 220
Macon, GA 31210

Georgia Dept. of Revenue
1000 Towne Center Blvd., Building 900
Suite A
Pooler, GA 31322

Georgia Dept. of Revenue
4125 Welcome All Road, Suite 914
Atlanta, GA 30349

Georgia Power
96 Annex
Atlanta, GA 30396-0001

GOTO Communications, Inc.
P.O. Box 412252
Boston, MA 02241-2252

GrubHub
222 W. Merchandise Mart Plaza
Chicago, IL 60654

Halo Branded Solutions, Inc.
3128 Momentum Place
Chicago, IL 60689

HM Electronics, Inc.
P.O. Box 208713
Dallas, TX 75320-8713

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101

IPFS Corporation
P.O. Box 730223
Dallas, TX 75373-0223

Jeff Davis County Tax Commissioner
14 Jeff Davis Street #104
Hazlehurst, GA 31539

McAlisters
5620 Glenridge Drive NE
Atlanta, GA 30342

McLane
P.O. Box 800
Rocky Mount, NC 27802

McLane Food Service
c/o Dan Powers, Acct Manager
2085 Midway Road
Carrollton, TX 75006

MediaCom
P.O. Box 5744
Carol Stream, IL 60197-5744

Mynt Advance
100 Biscayne Blvd., #2303
Miami, FL 33132

NDB Septic
207 Clark Drive
Nashville, GA 31639

NUCO2
P.O. Box 417902
Boston, MA 02241-7902

Par Tech, Inc.
Lockbox Account
need more of address
Pittsburgh, PA 15253

Parkview Advance, LLC
600 Summer Street
Stamford, CT 06901

Payfluence
116 South Pleasantburg Drive
Suite A
Greenville, SC 29607

Retail Data Systems of Iowa
101 W. 76th Street
Davenport, IA 52806

Robert Wiggins, Jr.
P.O. Box 310
Baxley, GA 31515

Rocket Enterprise
P.O. Box 310
Baxley, GA 31515

Rocket Enterprises
P.O. Box 310
Baxley, GA 31515

SC Department of Employment and Workforce
1550 Gadsden Street
P.O. Box 995
Columbia, SC 29202

SC Department of Revenue
Attn: Office of General Counsel - Bankr
300A Outlet Pointe Blvd.
Columbia, SC 29210

Scana Energy
P.O. Box 105046
Atlanta, GA 30348-5046

Staples
P.O. Box 70242
Philadelphia, PA 19176-0242

Stellar Capital LLC
600 Summer Street, Suite 204
Stamford, CT 06901

Taylor Freezer Sales of Georgia
P.O. Box 2130
Cumming, GA 30028-2130

Terrell's Refrigeration, Heating & AC
5300 Highway 144 West
Glennville, GA 30427

UberEats
1455 Market Street
San Francisco, CA 94103

Union Funding Source, Inc.
1835 E. Hallandale Beach Blvd.
Hallandale, FL 33009

US Small Business Administration
P.O. Box 3918
Portland, OR 97208-3918

Velocity
333 Pearsall Avenue
Cedarhurst, NY 11516

Williams Way
648 Broadhurst Road
Screven, GA 31560

World Pay
MD: 1GH2Y1
8500 Governors Hill Drive
Symmes Township, OH 45249

Xenial, Inc.
P.O. Box 930157
Atlanta, GA 31193-0157